Robert F. Clarke, Esq.
CSBN 79881
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Tel: (602) 258-8900 ext. 295
Fax: (602) 288-1632
E-Mail: bobc@phillipslaw.ws

Attorneys for Plaintiff Lukaszewski

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY LUKASZEWSKI, a single woman, | Case No. 2:07-CV-00988-LEW-KJM |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY; GRANTING MOTION TO SUBMIT MOTION TO WITHDRAW ON THE PAPERS** |
| vs. | |
| SMITHGLAXOKLINE, a Delaware corporation, | |
| Defendant. | |

IT IS ORDERED that the Motion to Withdraw as Attorneys for Plaintiff and to Stay Matter for 120 Days **(filed 10-16-07) [19]** is taken off calendar and is Under Submission on the papers. The Court's order will issue.

IT IS SO ORDERED.

Dated: December 6, 2007

_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge