**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| Amy Lukaszewski , | ) | CV 07-0988-LEW-KJM |
|     Plaintiff, | ) | |
| | ) | **ORDER** |
|   v. | ) | |
| | ) | |
| SmithGlaxoKline | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    Currently before this Court is Motion to Withdraw as Attorneys for Plaintiff and to Stay Matter For 120 Days.  Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

    The Court **GRANTS** the Motion to Withdraw as Attorney for Plaintiff because there is no reason to doubt attorney Robert F. Clarke's declaration that a good

1

cause exists for withdrawal under Rule 3-700(C)(1)(d).

However, the Court **DENIES** the Motion to Stay Matter for 120 Days because balance of factors and interests disfavors a stay.

**IT IS SO ORDERED.**

DATED: December 19, 2007

_____
 **HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

2