IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMY LUKASZEWSKI,

    Plaintiff,                             No. CIV S-07-988 LEW KJM

    vs.

SMITHGLAXOKLINE,

    Defendant.                           <u>ORDER</u>

_____/

      Defendant's motion to compel discovery came on regularly for hearing February 20, 2008. No appearance was made for plaintiff. Glen Turner appeared for defendant. Upon review of the documents in support, no opposition having been filed, upon hearing from counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

      Within fourteen days from the date this order is filed, plaintiff shall respond, without objection to defendant's first set of interrogatories and shall produce, for copying and inspection, documents responsive to defendant's first request for production of documents.

DATED: February 21, 2008.

006
lukaszewski.oah

_____
U.S. MAGISTRATE JUDGE

1