IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMY LUKASZEWSKI,

    Plaintiff,                              No. CIV S-07-988 LEW KJM

    vs.

SMITHGLAXOKLINE,

    Defendant.                          <u>ORDER</u>

_____/

        Defendant's motion for sanction of dismissal came on regularly for hearing April 9, 2008. No appearance was made for plaintiff. Glen Turner appeared for defendant. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Defendant's motion to compel responses to discovery was heard on February 20, 2008. Defendant moved to compel because plaintiff had failed to respond to the propounded discovery. By order filed February 21, 2008, plaintiff was ordered to respond to the discovery within fourteen days. No response has been made.

        All the discovery and orders of the court were sent to plaintiff's address of record. It appears from a search of the public records that plaintiff may now reside at an address different from the one of record. Plaintiff will therefore be served at both addresses and ordered to show

cause why this action should not be dismissed for failure to comply with the court's order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within fourteen days, plaintiff is ordered to show cause why this action should not be dismissed for failure to comply with the court's order and failure to respond to discovery.

        2. The Clerk of Court is directed to serve a copy of this order and a copy of the order dated February 21, 2008 on plaintiff at her address of record and also at the following address: 728 W. 1st Ave, Chico, CA 95926-8007.

        3. Plaintiff is cautioned that failure to respond to the order to show cause will result in a recommendation that this action be dismissed.

DATED: April 10, 2008.

_____
U.S. MAGISTRATE JUDGE

006
lukaszewski2.oah

2