IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMY LUKASZEWSKI,

    Plaintiff,                            No. CIV S-07-988 LEW KJM

    vs.

SMITHGLAXOKLINE,

    Defendant.                 <u>ORDER</u>

_____/

        Defendant's motion for sanction of dismissal is pending before the court. The court is in receipt of a letter from plaintiff in response to the April 11, 2008 order to show cause. The letter indicates plaintiff's address is different from the address of record with the court. It appears that plaintiff never received the discovery requests at issue in defendant's motion because her address had changed. Plaintiff is advised that it is the plaintiff's responsibility to keep the court apprised of her current address at all times. Upon review of the file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The April 11, 2008 order to show cause is discharged.

        2. The Clerk of Court is directed to change plaintiff's address of record to:

            728 W. 1st Ave, #10, Chico, CA 95926-8007.

/////

1

1  3. Defendant is directed to reserve plaintiff at her current address of record with all outstanding discovery requests within ten days from the date of this order.  Plaintiff shall respond to the discovery requests within thirty days after service of the discovery requests. Plaintiff is advised that failure to comply with this order may result in a recommendation that this action be dismissed.

4. Defendant's motion for dismissal sanction [docket no. 38] is denied without prejudice.

DATED:  April 22, 2008.

_____
U.S. MAGISTRATE JUDGE

006
lukaszewski2.vac